UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DONALD BURTRAW
AMY BURTRAW                    Debtors(s)

CHAPTER 13
CASE NO: 11-47760
JUDGE: TUCKER   X   SHAPERO

## STIPULATION FOR ADJOURNING HEARING

This matter having come on for hearing on __5/3/2011 @ 9AM__, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[X] The First Meeting of Creditors.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, now therefore;

IT IS STIPULATED AND AGREED that:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to ____5/17/2011 @ 9:00 AM_____.
[ ] Debtor(s) shall file and serve amended _____ on or before _____.
[ ] Debtor(s) shall provide on or before _____:
   [ ] 60 days of pay advices
   [ ] Copies of federal income tax returns for tax years _____.
   [ ] Social security card or letter from Social Security Administration;
   [ ] Government issued identification.
Other: _____.

**IT IS FURTHER ORDERED** that in the event that the adjourned hearing is not held, the Trustee may submit an Order of Dismissal to the bankruptcy Court and the proceedings may be dismissed without further hearing notice.

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that the Debtor or Debtor's(s') Counsel shall immediately provide notice of the entry of this Order to all interested parties and file a certificate of service with the court.

Approved per Local Rules (E.D.M.)

/S/ *TAMMY L. TERRY*
TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI   48226
(313) 967-9857
mieb_ecfadmin@det13.net

Approved as to Form and Content:

/s/ _____
Caralyce M. Lassner (P59245)
Attorney for Debtor(s)
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI  48025
(248) 723-6100      ecf@lassnerlaw.com

G:\Documentation\Approved Forms\ Stip Adjourning Hrg-Extended Deadline Objection-341.doc          Revised: 05/07/09

11-47760-wsd    Doc 33    Filed 04/05/11    Entered 04/05/11 13:53:59    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DONALD BURTRAW
AMY BURTRAW, Debtor(s)

_____/

CHAPTER 13
CASE NO: 11-47760

JUDGE: ☐ TUCKER ☒ SHAPERO

## ORDER ADJOURNING HEARING

This matter having come on for hearing on ___05/03/2011 @ 9:00 a.m.___, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☒ The First Meeting of Creditors.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to ___05/17/2011 @ 9:00 a.m.___.
☐ Debtor(s) shall file and serve amended _____ on or before _____.
☐ Debtor(s) shall provide on or before ___:
  ☐ 60 days of pay advices
  ☐ Copies of federal income tax returns for tax years _____.
  ☐ Social security card or letter from Social Security Administration;
  ☐ Government issued identification.
☐ Other: _____.

**IT IS FURTHER ORDERED** that in the event that the adjourned hearing is not held, the Trustee may submit an Order of Dismissal to the bankruptcy Court and the proceedings may be dismissed without further hearing notice.

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that the Debtor or Debtor's(s') Counsel shall immediately provide notice of the entry of this Order to all interested parties and file a certificate of service with the court.

VSs.